JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roxsan Young,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00654-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 21, 2022 to May 20, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  As this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in

1

appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts.  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 60 cases in November and December 2021.

For the weeks of March 14, 2022 and March 21, 2022, Counsel for Plaintiff has 13 merit briefs, and several letter briefs and reply briefs.  For the month of April 2022, Counsel has over 20 merit briefs currently calendared, with that number expected to grow.

Furthermore, Counsel for the Plaintiff has a pre-planned major surgery the week of March 14, 2022.  Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 9, 2022         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
　　　JONATHAN OMAR PENA
　　　Attorneys for Plaintiff


Dated: March 20, 2022        PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney

        LISA A. THOMAS
        Acting Regional Chief Counsel, Region VII
        Social Security Administration

By:  */s/ Angela Thornton-Millard
     Angela Thornton-Millard
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on March 20, 2022)

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 15), and for good cause appearing (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 20, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 21, 2022**              /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE